UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>)<br>**VICENTE VELAZQUEZ,** )<br>)<br>**Defendant.** ) | CASE NO. 8:09CR108<br><br><br><br>FINAL ORDER OF<br>FORFEITURE |

This matter is before the Court on the United States' Motion for Final Order of Forfeiture (Filing No. 43). The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On June 2, 2009, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 922(g)(1), 924(d) and Title 28, United States Code, 2461(c), 5872, and Title 21, Unites States Code, Sections 841, 853 based upon the Defendant's plea of guilty to Counts I, II, III and IV of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in a Ruger 10/22 .22 rifle, serial number 256-00452, and $1,149.00 in United States currency, was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on June 29, 2009, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on August 31, 2009 (Filing No. 43).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

IT IS ORDERED:

A.  The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 43) is hereby sustained.

B.  All right, title and interest in and to the Ruger 10/22 .22 rifle, serial number 256-00452, and $1,149.00 in United States currency, held by any person or entity, is hereby forever barred and foreclosed.

C.  The Ruger 10/22 .22 rifle, serial number 256-00452, and $1,149.00 in United States currency, be, and the same hereby is, forfeited to the United States of America .

D.  The United States Bureau of Alcohol, Tobacco and Firearms for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 4th day of September, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge